**SEND / ENTER**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SPALDING LABORATORIES, INC., a California Corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>ARIZONA BIOLOGICAL CONTROL, INC., d/b/a ARBICO ORGANICS, an Arizona Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CV 06 - 1157 ODW (SHx)<br><br>ORDER ADOPTING THE COURT'S PRIOR REASONING AND GRANTING DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW |

At the close of Spalding Laboratories, Inc.'s ("Plaintiff" or "Spalding") case-in-chief at trial, Defendant Arizona Biological Control, Inc., d/b/a ARBICO Organics ("Defendant" or "ARBICO") moved for judgment as a matter of law under Fed. R. Civ. P. 50(a) and 52(c). Pursuant to the Court's briefing schedule, Defendant filed its Motion on November 13, 2007, Plaintiff filed its Opposition on November 15, 2007, and oral argument was heard the following day on November 16, 2007. Upon hearing each side, Plaintiff was permitted to re-open its case-in-chief to cure the evidentiary deficiencies discussed in the Court's November 16, 2007 Order Denying Defendant's Motion without prejudice. Plaintiff was given one court day to address these deficiencies. At the conclusion of Plaintiff's re-opened case-in-chief, Defendant, pursuant to the Court's prior order, renewed the underlying Motion. For the many reasons delineated in the Court's November 16, 2007

Order, the Court hereby finds that Plaintiff has not cured the relevant evidentiary deficiencies. For that reason, the Court adopts the reasoning of its November 16, 2007 Order and GRANTS Defendant's Motion for Judgment as a Matter of Law, in its entirety.

IT IS SO ORDERED.

DATED:   November 21, 2007

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE